# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# CHAPTER 13 PLAN

**Debtor(s): Charles Barnes Jr.**
        **Sylvia Cohee-Barnes**        **Case No: 10-bk-28411**

Amended Chapter 13 Plan

**1.   MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 7.00 % and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of 60 months. In the event Trustee does not retain the full 7.00%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

   A. $274.00 for months 1 to 60 ;
   B. $_____ for months _____ to _____ ;
   C. $_____ for months _____ to _____ ; in order to pay the following creditors;

**2.   ADMINISTRATIVE ATTORNEY FEE: $ 3,850.00 TOTAL PAID $ 1,500.00**

Balance Due $ 2,350.00, Payable Through Plan $ **$255.00** Monthly

**3.   PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

**Name of Creditor**                         **Total Claim**
(N/A)

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

   **Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

**Name of Creditor**      **Collateral**      **Adequate Protection Payment in Plan**
(N/A)

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**(A) Claims Secured by Real Property Which Debtor(s) Intends to Retain / Mortgage Payments Paid Through the Plan**: Debtor(s) will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| (N/A) | | | |

**(B) Claims Secured by Real Property Which Debtor(s) Intends to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| (N/A) | | | |

**(C) Claims Secured by Personal Property to Which §506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pymt. | Sec. Bal. | Int Rate __% |
|---|---|---|---|---|
| (N/A) | | | | |

**(D) Claims Secured by Personal Property to Which Sections 506 Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot. Pymt. | Value | Int Rate __% |
|---|---|---|---|---|
| (N/A) | | | | |

**(E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pymt. | Arrearages |
|---|---|---|---|
| (N/A) | | | |

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to

abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executor Contract section below.

| **Name of Creditor** | **Property/Collateral** |
|---|---|
| Chase Manhattan Mtg. | Homestead |
| Florida Central Credit | 2005 Dodge Ram |
| Florida Central Credit | 2004 Chrysler |
| HSBC Best Buy | Big Screen |

**(G) Surrender of Collateral/Lease Property:** Debtor(s) will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executor Contract section below.

**Name of Creditor**  **Property/Collateral to be Surrendered**
(N/A)

## SECURED – LIENS TO BE AVOIDED/STRIPPED:

| **Name of Creditor** | **Collateral** | **Estimated Amount** |
|---|---|---|
| Chase Na (2nd Mtg) | Homestead | $31,654.00 |

## LEASES/EXECUTORY CONTRACTS:

| **Name of Creditor** | **Collateral** | **Assume/Reject** | **Estimated Arrears** |
|---|---|---|---|
| (N/A) | | | |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $ **12,967.00.**

## OTHER PROVISIONS:
1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court;

3. Property of the estate shall not vest in Debtor(s) until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; and

4. The amounts listed for claims in the Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions (if necessary): Upon resolution of the below cause(s) of action, all general damages to be received by the Debtor(s), net legal fees and costs to be paid, reimbursed, assigned or otherwise (either by contract, in equity, or by Court Order), shall be contributed to the Debtor(s) Chapter 13 bankruptcy estate to be administered as per Court's Order.

**Case Name and Status**
(N/A)

Dated: 1/4/11

Charles Barnes Jr.

Dated: 1/4/11

Sylvia Cohee-Barnes

# PLAN SUMMARY

| | | |
|---|---|---|
| Priority | $ | 00.00 |
| Secured: | $ | 0.00 |
| Attorney Fee | $ | 2,350.00 |
| Other | $ | 0.00 |
| Pro-rata distribution to unsecured | $ | 12,967.00 |
| Sub-Total | $ | 15,317.00 |
| Trustee's Fee @ 7.00 % | $ | 1,072.19 |
| Total | $ | 16,389.19 |
| Pre-Confirmation Plan Payments: **$ 274.00** x 60 months | $ | 16,440.00 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: Charles Barnes Jr.  
      Sylvia Cohee-Barnes

Case No: 8:10-bk-28411

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above Debtors' *Amended Chapter 13 Plan* was served either electronically or by US Mail this 5th day of January 2011, to:

    Updated Mailing Matrix
    (See Attached)

    Terry Smith, Trustee

    /s/ Frederick L. Henderson Jr., Esq.
    **Frederick L. Henderson Jr., Esq.**
    **FBN 0069041**
    Leavengood & Nash, P.A.
    2958 1st Avenue North
    St. Petersburg, FL 33713
    Ph No: (727) 327-3328
    Fax No: (727) 327-3305
    www.LeavenLaw.com

```
Label Matrix for local noticing        (p)ADVANTA                             Advanta Bank Corporation
113A-8                                  700 DRESHER RD                         c/o Resurgent Capital Services
Case 8:10-bk-28411-CED                  HORSHAM PA 19044-2206                  PO Box 10368
Middle District of Florida                                                     Greenville, SC 29603-0368
Tampa
Wed Jan  5 11:21:22 EST 2011

Charles Barnes Jr                       Barnes Distributing Inc.               Chase Bank USA, N.A.
6924 Pinecrest Lane                     6924 Pinecrest Lane                    PO Box 15145
Pinellas Park, FL 33781-4917            Pinellas Park, FL 33781-4917           Wilmington, DE 19850-5145


Chase Card Services                     Chase Home Finance LLC                 Chase Manhattan Mortgage
PO Box 15153                            Law Office of Marshall C. Watson       Attention: Research Dept. G7-PP
Wilmington, DE 19886-5153               1800 NW 49th Street                    3415 Vision Drive
                                        Suite 120                              Columbus, OH 43219-6009
                                        Fort Lauderdale, FL 33309-3092


Chase Na                                Citi                                   Citi Card
Attn: Bankruptcy Dept                   Po Box 6241                            PO Box 6940
Po Box 100018                           Sioux Falls, SD 57117-6241             The Lakes, NV 88901-6940
Kennesaw, GA 30156-9204


Sylvia Mechelle Cohee-Barnes            Collection                             Richard M Dauval
6924 Pinecrest Lane                     Attn: Bankrutpcy Department            Leavengood, Nash, Dauval & Boyle, PA
Pinellas Park, FL 33781-4917            Po Box 10587                           2958 1st Avenue North
                                        Greenville, SC 29603-0587              St. Petersburg, FL 33713-8635


Caryl E. Delano                         Department of Revenue                  Florida Central Credit
Tampa                                   PO Box 6668                            Po Box 18605
                                        Tallahassee, FL 32314-6668             Tampa, FL 33679-8605


HSBC Bank Nevada, N.A.                  HSBC Bank Nevada, N.A.                 Hsbc Best Buy
Bass & Associates, P.C.                 Bass & Associates, P.C.                Attn: Bankruptcy
c/o Patti H Bass                        3936 E. Ft. Lowell Rd, Suite #200      Po Box 6985
3936 E. Ft. Lowell Road, Suite #200     Tucson, AZ 85712-1083                  Bridge Water, NJ 08807-0985
Tucson, AZ 85712-1083

(p)INTERNAL REVENUE SERVICE             JP Morgan Chase Bank Department        JP Morgan Chase Bank, National Association
CENTRALIZED INSOLVENCY OPERATIONS       PO Box 201347                          PO Box 201347
PO BOX 7346                             Arlington, TX 76006-1347               Arlington, TX 76006-1347
PHILADELPHIA PA 19101-7346


Monterey Financial Svc                  Office of US Attorney                  Prsm/cbsd
4095 Avenida De La Plata                Attn Civil Process Clerk1              Po Box 6497
Oceanside, CA 92056-5802                400 North Tampa St Suite 3200          Sioux Falls, SD 57117-6497
                                        Tampa, FL 33602-4774


Sears/cbsd                              Terry E Smith                          Scott R Weiss
PO Box 183082                           PO Box 6099                            Law Office of Marshall C. Watson, P.A.
Columbus, OH 43218-3082                 Sun City Center, FL 33571-6099         1800 NW 49th Street
                                                                               Suite 120
                                                                               Ft. Lauderdale, FL 33309-3092
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta<br>POB 8088<br>Philadelphia, PA 19101-8088 | (d)Advanta Bank Corp<br>Po Box 844<br>Spring House, PA 19477 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29